

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00361-CV

**CRAIG CHAMPION,**

                                                    **Appellant**

 **v.**

**FRANK RAMSEY, RAMSAY RAMSEY, RANDAL RAMSEY, AND DBA SUMMIT PROPERTIES AND MANAGEMENT COMPANY,**

                                                    **Appellees**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 11-000044-CV-85

# O R D E R

Craig Champion brought an appeal regarding the attorney fees awarded on remand. The appellee moved for sanctions for filing a frivolous appeal. In our opinion issued on April 14, 2016, we stated:

> In their brief, the Ramseys move for sanctions against Champion for filing a frivolous appeal. That motion remains pending. If Champion chooses to file a motion for rehearing, Champion is hereby notified that since the motion is still pending, a response to the Ramseys' motion may be filed and

any response is due on or before the deadline for filing the motion for rehearing and may be incorporated into the same document.

The time for filing a motion for rehearing has passed, and no such motion or response to the motion for sanctions was filed. Moreover, no motion was filed that would extend our jurisdiction. The time in which we have jurisdiction to rule on pending motions passed 60 days after our judgment was rendered. *See* TEX. R. APP. P. 19.1(a).

Accordingly, we dismiss the motion for sanctions and the motion for oral argument for want of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motions dismissed
Order issued and filed June 15, 2016

